FILED
CLERK, U.S. DISTRICT COURT

AUG - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: *08-01840M* |
| Plaintiff, | ) | |
| | ) | ORDER OF DETENTION AFTER HEARING |
| vs. | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| *Nancy Marie Zepeda* | ) | 18 U.S.C. 3143(a)] |
| | ) | |
| Defendant. | ) | |
| | ) | |

        The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___*S.D. Cal*___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on ___*no evidence presented; no bail warrant; prior outstanding warrants*___

and/or

B.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: No evidence

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:   8/4/08

RALPH ZAREFSKY
UNITES STATES MAGISTRATE JUDGE